UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

DANNY VIRAY NAZARENO, Jr.

)
)
)
)
)

CR. S. 05-536 EJG

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                   (**X** ) Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee:     Danny Viray Nazareno, Jr.

Detained at (custodian):     Sacramento County Jail

Detainee is:   a.)   (X) charged in this district by:
                   (X ) Indictment     ( ) Information     ( ) Complaint
                   Charging Detainee With:   **18 U.S.C. § 471**

     or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
    or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is
                currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

           Signature:  /s/ Camil Skipper
           Printed Name & Phone No:  AUSA Camil Skipper 554-2709
           Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
       ( X) Ad Prosequendum       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee forthwith and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED:  December 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable):   Danilo Nazareno             Male X     Female

Booking or CDC #:                                   DOB:   1977

Facility Address:   Sacramento County Jail            Race:

                                          FBI #:

Facility Phone:

Currently Incarcerated For:   On State Charges

### RETURN OF SERVICE

Executed on_____    by   _____

                                        (Signature)