1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
DANNY VIRAY NAZARENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-05-536 EJG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| DANNY VIRAY NAZARENO, | ) | |
| Defendant. | ) | Date: February 24, 2006<br>Time: 10:00am<br>Judge: Hon. Edward J. Garcia |

DANNY VIRAY NAZARENO, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Camil Skipper, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of February 10, 2006 and re-set the matter for status conference on February 24, 2006 at 10:00 a.m..

This continuance is needed because Defendant has charges pending in the County of Sacramento, and defense counsel is attempting to reach a "global" settlement in that and the instant federal case.

The government agrees to this continuance, and will seek a trial date if this case is not resolved at the next hearing.

IT IS FURTHER STIPULATED that the period from February 10, 2006 through February 24, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Counsel for both parties have conferred and the undersigned has permission to sign this Stipulation on behalf of the United States.

Dated: February 9, 2006

Respectfully submitted,
DANIEL BRODERICK
Acting Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
DANNY VIRAY NAZARENO

Dated: February 9, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Camil Skipper
_____
CAMIL SKIPPER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 2/8/06

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
U.S. District Court Judge

Stip and Order\Nazareno/05-536   -2-

Stip and Order\Nazareno/05-536    -3-